**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00067-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  VERNON LEE PHILLIPS, J R,

      Defendant.

## MINUTE ORDER[1]

      Due to an unforseen circumstance, the continued sentencing hearing set for this day at 3:30 p.m, is **VACATED** and is **CONTINUED** to **August 10, 2012**, at 2:30 p.m.

      Dated: June 28, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.